UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JONATHAN MORALEZ, | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:16–cv–526 (JCH) |
| v. | : | |
| | : | AUGUST 11, 2017 |
| MARK A. FRAYNE et al., | : | |
|     Defendants. | : | |

**RULING RE: MOTION FOR WAIVER OF FEES (DOC. NO. 32) & MOTION FOR DEFAULT (DOC. NO. 37)**

The plaintiff, Jonathan Moralez ("Moralez"), is currently incarcerated at Northern Correctional Institution. He has filed a one-page motion seeking a waiver of certain fees. See generally Motion for Waiver of Fees (Doc. No. 32). That Motion, however, does not comply with the Federal Rules of Civil Procedure.

Federal Rule of Civil Procedure 11 requires that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Moralez's Motion for Waiver of Fees is not signed. See Motion at 1–2.

Accordingly, Moralez's Motion for Waiver of Fees (Doc. No. 32) is **DENIED** for failure to comply with Federal Rule of Civil Procedure 11. Because the court has denied Moralez's Motion for Waiver of Fees, his "Motion for Default" (Doc. No. 37), asking this court to grant the Motion for Waiver of Fees in the absence of an Opposition, is also **DENIED**.

**SO ORDERED**.

Dated at New Haven, Connecticut this 11th day of August, 2017.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge